| | |
|---|---|
| ZACH COWAN, City Attorney | SBN 96372 |
| MARK J. ZEMBSCH, Deputy City Attorney | SBN 127901 |

MZembsch@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TELE: (510) 981-6998
FAX.: (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

| | |
|---|---|
| PAUL L. REIN | SBN 43053 |
| CELIA MCGUINNESS | SBN 159420 |
| CATHERINE M. CABALO | SBN 248198 |

reinlawoffice@aol.com
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
TELE: (510) 832-5001
FAX:   (510) 832-4787

Attorneys for Plaintiff
PATTY BERNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY BERNE, | NO. C10-05335 BZ |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT CITY OF BERKELEY TO RESPOND TO COMPLAINT |
| SKATES ON THE BAY, RESTAURANTS UNLIMITED, INC., dba SKATES ON THE BAY, CITY OF BERKELEY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the plaintiff and defendant City of Berkeley ("City") to extend the time to respond to the complaint to January 13, 2011.

There is good cause for the stipulation to extend time as follows: The City needs time to analyze the case and prepare a response to the complaint, and due to budgetary reasons, the City of Berkeley offices will be closed from December 23, through December 31, 2010. Thus, the

parties stipulate and agree that defendant City of Berkeley's response to the complaint may be filed January 13, 2011.

The parties are not making this request for any improper purpose, including undue delay. Moreover, as noted above, neither party would suffer any prejudice as the parties have stipulated to this request.

SO STIPULATED.

Respectfully submitted:

ZACH COWAN, City Attorney
MARK J. ZEMBSCH, Deputy City Attorney

Dated:   December 20, 2010.        By: _____/s/_____

MARK J. ZEMBSCH, Deputy City Attorney
Attorneys for CITY OF BERKELEY

Respectfully submitted:

LAW OFFICES OF PAUL L. REIN

Dated:   December 20, 2010.        By: _____/s/_____
PAUL L. REIN
Attorneys for Plaintiff PATTY BERNE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 21 Dec 2010

BERNARD ZIMMERMAN
United States District Court Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT
C10-05335BZ