1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   PATTY BERNE

7
   * List of Defendants and their respective counsel listed after the caption.
8

9
                   UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA

11

12
   PATTY BERNE,                      CASE NO. C10-5335 PJH
13                                    Civil Rights
          Plaintiff,
14
   v.
15
                                      STIPULATION AND ~~PROPOSED~~
16 SKATES ON THE BAY;                 ORDER TO ALLOW PLAINTIFF TO
   RESTAURANTS UNLIMITED,             FILE FIRST AMENDED COMPLAINT
17 INC. dba SKATES ON THE
   BAY; CITY OF BERKELEY;
18 and DOES 1-10, Inclusive,

19        Defendants.
                              /
20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO ALLOW
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. C10-5335 PJH

S:\CASES\S\SKATES\PLEADINGS\STIP TO FILE FAC.wpd

1  MARK S. ASKANAS, Esq. (SBN 122745)
   DYLAN B. CARP, Esq. (SBN 209443)
2  JACKSON LEWIS LLP
   199 Fremont Street, 1Oth Floor
3  San Francisco, California 94105
   Telephone: 415/394-9400
4  Facsimile: 415/394-9401
   askanasm@jacksonlewis.com
5  carpd@jacksonlewis.com

6  Attorneys for Defendants
   SKATES ON THE BAY and RESTAURANTS
7  UNLIMITED, INC. dba SKATES ON THE BAY

8  ZACH COWAN, City Attorney (SBN 96372)
   MARK J. ZEMBSCH, Deputy City Attorney (SBN 127901)
9  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
10 Telephone: 510/981-6998
   Facsimile: 510/981-6960
11 mzembsch@ci.berkeley.ca.us

12 Attorneys for Defendant
   CITY OF BERKELEY
13
   PETER J. LINN, Esq. (SBN 178697)
14 BISHOP-BARRY-DRATH
   Watergate Tower III
15 2000 Powell Street, Suite1425
   Emeryville, CA 94608
16 Telephone: 510/596-0888
   Facsimile: 51 0/596-0899
17 plinn@bishop-barry.com

18 Attorneys for Defendant
   CITY OF BERKELEY
19

20                              **STIPULATION**

21        The parties to the above-captioned litigation hereby stipulate by and

22 through their undersigned counsel of record to the following:

23        Defendants agree to allow plaintiff to amend her Complaint to

24 include the allegation, now included in a First Amended Complaint as paragraph

25 7A (replacing the last sentence of ¶ 7 in the original complaint), that plaintiff

26 served a timely government tort claim on defendant City of Berkeley on January

27 21, 2011, regarding the incident of September 27, 2010, and that such claim was

28 deemed denied by operation of law 45 days later, on March 7, 2011.  No other

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO ALLOW
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. C10-5335 PJH                    -1-                    S:\CASES\S\SKATES\PLEADINGS\STIP TO FILE FAC.wpd

changes are proposed.  Such a First Amended Complaint is attached to this

Stipulation and Proposed Order as **Exhibit A**.

        Therefore, the parties request that the Court execute the attached

Order allowing plaintiff to file her First Amended Complaint that is **Exhibit A** to

this Stipulation and Proposed Order.

IT IS SO STIPULATED.


Dated: July 21, 2011                  LAW OFFICES OF PAUL L. REIN


                                  /s/ Paul L. Rein
                                  By PAUL L. REIN
                                  Attorneys for Plaintiff
                                  PATTY BERNE

Dated: July 26, 2011                  BERKELEY CITY ATTORNEY


                                    /s/ Mark J. Zembsch
                                  By MARK J. ZEMBSCH
                                  Attorneys for Defendant
                                  CITY OF BERKELEY

Dated: July 21, 2011                  BISHOP BARRY DRATH


                                    /s/ Peter J. Linn
                                  By PETER J. LINN
                                  Attorneys for Defendant
                                  CITY OF BERKELEY

Dated: July 20, 2011                  JACKSON LEWIS LLP


                                    /s/ Dylan Carp
                                  By DYLAN CARP
                                  Attorneys for Defendants
                                  SKATES ON THE BAY and
                                  RESTAURANTS UNLIMITED, INC. dba
                                  SKATES ON THE BAY

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO ALLOW
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. C10-5335 PJH

-2-

S:\CASES\S\SKATES\PLEADINGS\STIP TO FILE FAC.wpd

1

2                                    **ORDER**

3            Pursuant to the Stipulation of the Parties it is hereby ordered that the

4    attached First Amended Complaint (**Exhibit A**) be filed.

5

6    **IT IS SO ORDERED.**

7

8    Dated: _____July 27_____, 2011

9

10

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO ALLOW
PLAINTIFF TO FILE <u>FIRST AMENDED</u> COMPLAINT
CASE NO. C10-5335 PJH          -3-          S:\CASES\S\SKATES\PLEADINGS\STIP TO FILE FAC.wpd

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on July 20, 2011 my office received the concurrence of Dylan Carp in the filing of this document; on July 21, 2011 we received the concurrence of Peter J. Linn in the filing of this document; and on July 26, 2011, we received the concurrence of Mark J. Zembsch in the filing of this document.

LAW OFFICES OF PAUL L. REIN

/s/ Catherine M. Cabalo
By: Catherine M. Cabalo

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO ALLOW
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. C10-5335 PJH

-4-

S:\CASES\S\SKATES\PLEADINGS\STIP TO FILE FAC.wpd